United States District Court
Southern District of Texas
**ENTERED**
December 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 5:15-CR-294-1 |
| | § | |
| LAURA ZAVALA | § | |

## **ORDER**

The Court referred a petition, alleging violations of supervised release conditions, to United States Magistrate Judge Christopher dos Santos in Laredo, Texas, for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Report and Recommendations of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence.

At the close of the December 14, 2020 revocation hearing, Defendant, defense counsel, and counsel for the Government orally waived their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's report, and consenting to the Magistrate Judge's proposed findings and recommended sentence. (Dec. 14, 2020 Hrg at 12:07-08). Defendant and counsel for the Government also waived their right to be present and speak before the District Judge when the recommended sentence is imposed. (Dec. 14, 2020 Hrg at 12:08-09). Therefore, the Court may act on the Magistrate Judge's Report and Recommendations immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and his report is hereby **ADOPTED**. The Court **ACCEPTS** the Magistrate Judge's finding that Defendant committed Violations Two through Seven in the petition thereby violating her term of supervised release. (Dkt. Nos. 109 and 128).

It is **ORDERED** that Defendant's term of supervised release be **REVOKED**.

It is further **ORDERED** that Defendant be sentenced to eighteen months' imprisonment, to be served concurrently for all violations, with credit for time served in federal custody, with one year of supervised release afterwards, and with the special condition of six-months of home confinement that shall begin when Defendant is released from prison, or at a time determined by the probation officer.

It is further **ORDERED** that the previously imposed special conditions that Defendant participate in substance abuse treatment, testing, and abstinence programs be reinstated.

It is further **ORDERED** that the previously imposed special condition that Defendant participate in a mental health treatment program be reinstated.

It is further **ORDERED** that the previously imposed special condition that Defendant be required to participate in a vocational training program be reinstated.

SIGNED this  30th  day of  December                , 2020.

_____
Marina Garcia Marmolejo
United States District Judge